UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MAHPIYA WHITEHORSE,<br><br>　　Defendant. | No. 2:14-CR-0078-RHW<br><br>ORDER FINDING DEFENDANT NOT GUILTY<br><br>**USM Action Required** |

　　A Bench Trial was held on November 17, 2014 in Spokane, Washington. Defendant was present and represented by Amy Rubin and Meredith Esser. Matthew Duggan represented the Government. For the reasons stated on the record, Defendant is found not guilty.

　　Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant is adjudged NOT GUILTY of Count 1 in the Indictment, Failure to Register.
2. The U.S. Marshal is directed to release defendant forthwith.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel and U.S. Marshal and CLOSE file.

**DATED** this 17th day of November, 2014.

　　　　　　　　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　　　　　　　Senior United States District Judge

ORDER FINDING DEFENDANT
NOT GUILTY ~ **1**

q:\rhw\acriminal\2014\whitehorse\order.acquittal.docx